**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN HARRISON** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 3:17-1333** |
| **v.** | : | **(JUDGE MANNION)** |
| **UNITED STATES,** | : | |
| **Defendant** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment based on Plaintiff's failure to exhaust his FTCA administrative remedies with respect to all claims prior to 2015 and because Plaintiff's pre-2015 claims are statutorily time barred (Doc. 17) is **GRANTED**. Judgment is hereby entered in favor of the Defendant and against the Plaintiff on the pre 2015 claims.

2. The Clerk of Court is directed to **CLOSE** this case in the Middle District of Pennsylvania.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

4. The Clerk of Court is directed to transfer the remainder of the above captioned action to the United States District Court for the District of South Carolina for proceedings with respect to Plaintiff's remaining 2015 FTCA claim.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 29, 2019**

17-1333-01-Order